The People of the State of New York, Appellants, v. William C. Stephens et al., Respondents.

(Argued June 11, 1877; decided January 15, 1878.)

Appeal from order affirming order denying motion to set aside judgment.

*Matthew Hale* and *E. W. Paige*, for appellants.

*Wm. C. Ruger*, for respondents.

Agree to dismiss appeal.

All concur. No opinion.

Appeal dismissed.